November 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE MARCOS M. FLORES, Appellant

NO. 14-14-00663-CR

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the order. The Court orders the order denying appellant's pretrial applications for writ of habeas corpus **AFFIRMED**.

We further order this decision certified below for observance.